CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 30 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY GLENN KILLEN, ) | |
|    Petitioner, ) | Civil Action No. 7:08-cv-00025 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRYAN WATSON, WARDEN, ) | By: Hon. James C. Turk |
|    Respondent. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the respondent's motions to dismiss (docket # 22, 28) are **GRANTED**; petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 30th day of January, 2009.

                                                /s/ James C. Turk
                                                Senior United States District Judge